IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| Estate of Sidney Dennis, by its personal representative, Maurice Dennis, | : : | Civil Action No. |
| Plaintiff, | : : | *Jury trial demanded* |
| v. | : : | Removed from the Superior Court of the State of Delaware, in and for New Castle County, Civil Action N26C-01-263 |
| Wells Fargo Bank, N.A., | : : : | |
| Defendant. | : | |

### *Notice of Removal*

Defendant, Wells Fargo Bank, N.A. ("Wells Fargo"), hereby removes this action from the Superior Court of the State of Delaware, in and for New Castle County, to the United States District Court for the District of Delaware, pursuant to 28 U.S.C. § 1332(a), 1441, 1446, and all other applicable bases for removal. This is a civil action between citizens of different states, and the amount in controversy exceeds $75,000, exclusive of interest and costs. Accordingly, this Court has original jurisdiction under 28 U.S.C. § 1332 and 1441. The grounds for removal are as follows:

1. On January 12, 2026, this action was commenced by plaintiff, Estate of Sidney Dennis, purportedly by its personal representative, "Maurice Dennis," in Delaware's Superior Court (the "Delaware State Action") by filing a complaint (the "Complaint").[1] Plaintiff in the Delaware State Action purported to serve the complaint on Wells Fargo on January 13 and 15, 2026.

---

[1] In its Delaware action, the Estate alleged that "Maurice Dennis" is Sidney Dennis' son and was appointed by the Florida probate court to serve as personal representative of Sidney Dennis' estate. Ex. 2, ¶ 5. Sidney Dennis, however, never had a son named Maurice. Sidney Dennis had a son named Jeffrey S. Dennis, but he died several years ago. Rather, Marice Dennis, Sidney Dennis' widow, was appointed as the personal representative of the Estate of Sidney Dennis.

1

2. Pursuant to 28 U.S.C. § 1446(a), Wells Fargo is filing with this Court copies of all process and pleadings previously filed in the Delaware State Action as exhibits one through seven of this notice.

3. Wells Fargo files this Notice of Removal within thirty days of purported service of the summons and complaint in the Delaware State Action. Accordingly, removal is timely pursuant to 28 U.S.C. § 1446(b). Copies of the process purportedly served on Wells Fargo are attached hereto as exhibits eight and nine.

4. The United States District Court for the District of Delaware has jurisdiction over this lawsuit pursuant to 28 U.S.C. § 1332(a) because the matter in controversy exceeds the sum of $75,000, exclusive of interest and costs, and the action is between citizens of different states.

5. The Complaint alleged the amount in controversary exceeds $1,000,000. Ex. 2, ¶ 17.

6. Specifically, in the Complaint, plaintiff seeks recovery of the death benefit proceeds of an insurance policy issued by Transamerica insuring the life of Sidney Dennis, bearing the policy number 60130474 (the "Policy"). *Id*., ¶ 54, 83. The death benefit proceeds of the Policy total $2,000,000.

7. As stated in the complaint, Sidney Dennis was a citizen of Florida at the time of his death, and plaintiff is a citizen of Florida. *Id*., ¶ 5.

8. As stated in the complaint, Wells Fargo is a national banking association organized and existing under federal law with its main office located in South Dakota. *Id*., ¶ 6.

9. Accordingly, plaintiff and Wells Fargo are citizens of different states within the meaning of 28 U.S.C. § 1332(a).

10. Pursuant to 28 U.S.C. § 1441(a), removal to a venue of the United States District Court for the District of Delaware is proper because it is the judicial district and division embracing the place where the Delaware State Action is pending.

11. A copy of this Notice of Removal is being served on the Estate and filed with the Prothonotary of the Superior Court of Delaware in and for New Castle County, where this action was originally filed, as provided by 28 U.S.C. § 1446(d).

Wherefore, defendant Wells Fargo Bank, N.A. removes this matter from the Superior Court of the State of Delaware, where it is now pending, to this Court, and respectfully requests that this Court accept jurisdiction of this action, and that this action be placed on the docket of this Court for further proceedings, as though this case had originally been instituted in this Court.

K&L Gates LLP

/s/ Robert K. Beste
Robert K. Beste (3931)
600 North King Street, Suite 901
Wilmington, Delaware 19801
(302) 416-7000
robert.beste@klgates.com

February 4, 2026                *Attorneys for Wells Fargo Bank, N.A.*