**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| ESTATE OF SIDNEY DENNIS, by Its Personal Representative, Maurice Dennis,<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, N.A.,<br><br>Defendant. | C.A. No. 1:26-cv-00132 |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Plaintiff, the Estate of Sidney Dennis, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby dismisses this action without prejudice.

Dated: February 11, 2026

**COZEN O'CONNOR**

*/s/ Nathan D. Barillo*

Kaan Ekiner (No. 5607)
Nathan Barillo (No. 5863)
1201 North Market Street, Suite 1001
Wilmington, DE 19801
(302) 295-2046
kekiner@cozen.com
nbarillo@cozen.com

*Attorneys for Plaintiff Estate of Sidney Dennis*

SO ORDERED, this 11th day of February, 2026

UNITED STATES DISTRICT JUDGE